IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 08-542-2 |
| TONY NGUYEN<br>USM# 63360-066 | : |

### ORDER

AND NOW this 15th day of January, 2016 pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 108 months, effective November 1, 2015. Any and all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

BY THE COURT:

_____
THE HONORABLE STEWART DALZELL
Senior United States District Court Judge

2cc: Marshal
RBT Wimbury, Prob.
Eliz. Toplin, Esq
Bernlette McKern, AUSA